IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:20-CR-53 (MTT) |
| | ) |
| DAQUANN MARQUEZ EPPS (2) and | ) |
| RAQUAN EMAHL GRAY (3), | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term. Doc. 45. The defendants were indicted, along with a third co-defendant, Demarea Demond Carey, on December 9, 2020. Doc. 1. Defendant Raquan Emahl Gray had his arraignment in this Court on April 6, 2021. Doc. 13. Defendant Daquann Marquez Epps had his arraignment in this Court on June 9, 2021. Doc. 33. Defendant Demarea Demond Carey has not yet had his initial appearance in this case. Three prior continuances have been granted for Defendant Raquan Emahl Gray. Docs. 22; 25; 43. One prior continuance has been granted for Defendant Daquann Marquez Epps. Doc. 43. The parties now move the Court to continue this case to the next trial term to give defense counsel proper time to effectively review discovery and prepare. Doc. 45 at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 45) is **GRANTED**. The case is continued from the August term until the Court's next trial term presently scheduled for **September 13, 2021**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of July, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
